Alden J. Parker (SBN 196808)
E-Mail: aparker@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
CARDLYTICS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE EVANS and NICOLA EVANS,<br><br>Plaintiffs,<br><br>v.<br><br>CARDLYTICS, INC. a Delaware corporation; and DOES 1-20, inclusive,<br><br>Defendant. | CASE NO.:<br><br>*[Removed from Orange County Superior Court, Case No. 30-2023-01308682-CU-WT-CJC Assigned to the Hon. Nico Dourbetas, Dept. C25]*<br><br>**NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO L.R. 7.1-1, F.R.C.P. 7.1**<br><br>Complaint Filed: February 17, 2023<br>Trial Date: None set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFFS LEE EVANS AND NICOLA EVANS AND THEIR COUNSEL OF RECORD:**

In accordance with Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant CARDLYTICS, INC., certifies that the below listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. <u>Lee Evans</u>.  Plaintiff in this action.
2. <u>Nicola Evans</u>.  Plaintiff in this action.
3. <u>Cardlytics, Inc.</u> Defendant in this action.  Cardlytics, Inc. is incorporated in Delaware, and has headquarters in Georgia. Cardlytics, Inc. is a publicly held corporation traded on the Nasdaq Stock Exchange (NASDAQ:CDLX).  No publicly held corporation owns 10% or more of Defendant's stock.
4. <u>Chubb Limited</u>. An insurance company that will provide coverage of the claims against Cardlytics, Inc., subject to a reservation of rights.

DATE: April 5, 2023           FISHER & PHILLIPS LLP

By: /s/Alden J. Parker
Alden J. Parker
Attorneys for Defendant
CARDLYTICS, INC

# PROOF OF SERVICE
### (CCP §§1013(a) and 2015.5)

I, the undersigned, am at least 18 years old and not a party to this action. I am employed in the County of Orange with the law offices of Fisher & Phillips LLP and its business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the below date, I served the following document(s) **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO L.R. 7.1-1, F.R.C.P. 7.1** on the person(s) listed below by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| CUMMINS & WHITE, LLP<br>Erick J. Becker, P.C.<br>Edward J. Farrell<br>Hwui Lee<br>2424 East Bistol Street, Ste. 300<br>Newport Beach, CA 92660-0764 | Attorneys for Plaintiffs<br>LEE EVANS and NICOLA EVANS<br><br>T: 949-852-1800<br>ebecker@cwlawyers.com<br>hlee@cwlawyers.com<br>efarrell@cwlawyers.com |

☐ **[by MAIL]** - I enclosed the document(s) in a sealed envelope or package addressed to the person(s) whose address(es) are listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine California, in a sealed envelope with postage fully prepaid.

☐ **[by FAX]** - Based on an agreement of the parties to accept service by fax transmission, I faxed the document(s) to the person(s) at fax number(s) listed above from fax number (949) 851-0152. The fax reported no errors. A copy of the transmission report is attached.

☐ **[by OVERNIGHT DELIVERY]** - I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) at the address(es) listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight carrier.

x **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I electronically served the document(s) to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed April 5, 2023, at Irvine, California.

Elizabeth G. Austin
Print Name

By: *[signature]*
Signature

1
PROOF OF SERVICE