ALDEN J. PARKER (SBN 196808)
aparker@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

BRIAN L. TREMER (SBN 335904)
btremer@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
CARDLYTICS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE EVANS and NICOLA EVANS,<br><br>      Plaintiffs,<br><br>   v.<br><br>CARDLYTICS, INC. a Delaware corporation; and DOES 1-20, inclusive,<br><br>      Defendants. | Case No: 8:23-cv-00606-JWH-(KESx)<br><br>[*Originally Orange County Superior Court Case No. 30-2023-01308682*]<br><br>**DECLARATION OF NICK LYNTON IN SUPPORT OF DEFENDANT CARDLYTICS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**<br><br>**DATE:** June 2, 2023<br>**TIME:** 9:00 a.m.<br>**DEPT:** Courtroom 9D<br><br>Complaint Filed: February 17, 2023<br>Removal Filed: April 5, 2023<br>Trial Date: Not Set |

# DECLARATION OF NICK LYNTON

I, Nick Lynton, hereby declare and state as follows:

1. I make this Declaration in support of Defendant Cardlytics, Inc.'s ("Cardlytics") Opposition to Plaintiffs' Motion to Remand.

2. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would testify competently to such facts under oath.

3. I am the Chief Legal and Privacy Officer ("CLO") and Corporate Secretary of Cardlytics. I have worked for Cardlytics for over eight years.

4. Cardlytics operates a proprietary native bank advertising channel that enables marketers to reach consumers through Cardlytics' partners digital banking channels.

5. Cardlytics is publicly traded on the Nasdaq Stock Exchange.

6. Cardlytics was incorporated in Delaware.

7. Cardlytics' corporate headquarters are located at 675 Ponce DeLeon Ave., Suite 6000, Atlanta, Georgia 30308.

8. In addition to its corporate headquarters, Cardlytics has offices, and is licensed to do business, in California, Illinois, New York, and London.

9. I reside in Atlanta, Georgia, and conduct my work for Cardlytics out of its corporate headquarters in Atlanta, Georgia.

10. Cardlytics' Chief Financial Officer ("CFO"), Andy Christiansen, also resides in Atlanta, Georgia, and conducts his work for Cardlytics out of its corporate headquarters in Atlanta, Georgia.

11. Cardlytics' current Chief Executive Officer ("CEO"), Karim Temsamani, resides in California.

12. As Cardlytics' CLO, I am one of three "Section 16" executive officers identified on filings with the Securities and Exchange Commission. The other two

Section 16 executive officers are the CFO and CEO.

13. "Section 16" refers to a rule within the Securities Exchange Act of 1934 that articulates the regulatory filing responsibilities that directors, officers, and principal stockholders are legally required to adhere to. Section 16 also imposes filing standards for "insiders" defined as "any officers, directors, or stockholders who possess stock that directly or indirectly results in beneficial ownership of more than 10% of the company's common stock or other class of equity."

14. Cardlytics identifies Atlanta, Georgia as its headquarters on all SEC filings. Cardlytics does this on a good faith basis since it maintains that its executive and core functions emanate from its headquarters in Atlanta, Georgia, which it considers its principal place of business.

15. Cardlytics' core functions related to financial operations, accounting, legal operations, and human resources are based out of its corporate headquarters in Atlanta, Georgia.

16. Cardlytics' former, and new head of Human Resources is based out of corporate headquarters in Atlanta, Georgia. This is an executive role with participation in leadership meetings.

17. Cardlytics' Financial Controller is based out of corporate headquarters in Atlanta, Georgia.

18. Cardlytics' Senior Vice President of Finance is based out of corporate headquarters in Atlanta, Georgia.

19. Cardlytics' newly hired Chief Information Security Officer, who is starting at Cardlytics next week, will be based out of corporate headquarters in Atlanta, Georgia.

20. Cardlytics' Senior Director of Revenue Strategy is based out of corporate headquarters in Atlanta, Georgia.

21. Cardlytics' Director of Corporate Development, Investor Relations and Communications is based out of corporate headquarters in Atlanta, Georgia.

22. The majority of Cardlytics' employees who are not fully remote work in Cardlytics' corporate headquarters in Atlanta, Georgia.

23. Cardlytics' annual stockholders meeting is hosted at its corporate headquarters in Atlanta, Georgia. The next stockholders meeting will be later this month, and Cardlytics' CEO and Chairman of the Board of the Board of Directors, among others, will be in attendance at our corporate headquarters in Atlanta, Georgia.

24. The role of Vice President at Cardlytics does not involve any executive function or high level policy making.

25. The role of manager at Cardlytics does not involve any executive function or high level policy making.

26. Bridg is a division of Cardlytics.

27. DOSH Holdings LLC ("Dosh") is a subsidiary of Cardlytics.

28. HSP EPI Acquisition LLC (d/b/a Entertainment) ("Entertainment") is a subsidiary of Cardlytics. Entertainment was incorporated in Delaware and is headquartered in Troy, Michigan.

29. Plaintiffs Lee Evans and Nicola Evans were executives of Entertainment and while employed at Entertainment, they were not involved in directing Cardlytics' corporate activities.

30. Cardlytics' next offsite executive team meeting is taking place in Atlanta, Georgia.

///
///
///
///
///
///
////

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 12, 2023

By: /s/ Nick Lynton
Nick Lynton

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On the date below, I served the foregoing document entitled **DECLARATION OF NICK LYNTON IN SUPPORT OF DEFENDANT CARDLYTICS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| CUMMINS & WHITE, LLP<br>Erick J. Becker, P.C.<br>Edward J. Farrell<br>Hwui Lee<br>2424 East Bistol Street, Ste. 300<br>Newport Beach, CA 92660-0764 | Attorneys for Plaintiffs<br>LEE EVANS and NICOLA EVANS<br><br>T: 949-852-1800<br>ebecker@cwlawyers.com<br>hlee@cwlawyers.com<br>efarrell@cwlawyers.com |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed May 15, 2023 at Irvine, California.

Elizabeth M. Abina          By: */s/ Elizabeth M. Abina*
Print Name                       Signature